1  JAMES M. WAGSTAFFE (95535)
   **KERR & WAGSTAFFE LLP**
2  101 Mission Street, 18th Floor
   San Francisco, CA 94105–1727
3  Telephone: (415) 371-8500
   Fax: (415) 371-0500
4  Email: wagstaffe@kerrwagstaffe.com

5  Attorneys for Plaintiff
   UFCW LOCAL 1500 PENSION FUND
6
7  [*additional counsel on signature page*]

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION

| | |
|---|---|
| UFCW LOCAL 1500 PENSION FUND, on behalf of itself and all others similarly situated, | Case No. 3:16-cv-00478-RS |
| Plaintiff | **STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT (CIV. L.R. 6-2) AND VACATING JUNE 16, 2016 HEARING DATE** |
| v. | |
| MARISSA MAYER, DAVID FILO, SUE JAMES, THOMAS J. MCINERNEY, CHARLES R. SCHWAB, H. LEE SCOTT, JR., JANE E. SHAW, MAYNARD WEBB, JR., KENNETH A. GOLDMAN, RONALD S. BELL, HENRIQUE DE CASTRO, and MAX R. LEVCHIN, | <u>CLASS AND DERIVATIVE ACTION</u> |
| Defendants | |
| and | |
| YAHOO! INC., | |
| Nominal Defendant | |

**STIPULATION**

WHEREAS, Plaintiff filed this action on January 27, 2016 [Dkt. #1];

WHEREAS, the Individual Defendants and Nominal Defendant Yahoo! Inc. filed motions to dismiss on March 18, 2016 [Dkt. ##10 & 11];

WHEREAS, the hearing on the motions to dismiss is set for June 16, 2016 [*Id.*];

WHEREAS, Plaintiff's responses to Defendants' motions to dismiss are presently due April 29, 2016 [*Id.*];

WHEREAS, Plaintiff now intends to file a First Amended Complaint;

WHEREAS, counsel for Defendants and counsel for Plaintiff have agreed that Plaintiff may have until April 29, 2016, to file a First Amended Complaint; and

WHEREAS, the parties have not previously requested any change to the time frame for Plaintiff to file an amended complaint, and expect this will have only a minor effect on the schedule of this action;

NOW THEREFOR, the parties to this action, by and through their counsel of record, do stipulate as follows:

(1) Plaintiff shall have until April 29, 2016, to file its First Amended Complaint in this action; and

(2) following said filing, the parties shall meet and confer regarding the timing of Defendants' response.

(3) The June 16, 2016 hearing shall be vacated.

Date: April 14, 2016
**KERR & WAGSTAFFE LLP**

By: /s/ James M. Wagstaffe
JAMES M. WAGSTAFFE
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105–1727
Telephone: (415) 371-8500
Fax: (415) 371-0500
Email: wagstaffe@kerrwagstaffe.com

| | |
|---|---|
| 1 | ROBERT J. GRALEWSKI, JR. |
| 2 | **KIRBY MCINERNEY LLP**<br>600 B. Street, Suite 1900 |
| 3 | San Diego, California 92101<br>Telephone: (619) 398-4340 |
| 4 | Fax: (212) 751-2540 |
| 5 | Email: bgralewski@kmllp.com |
| 6 | PETER S. LINDEN<br>IRA M. PRESS |
| 7 | MELISSA A. FORTUNATO |
| 8 | **KIRBY MCINERNEY LLP**<br>825 Third Avenue, 16th Floor |
| 9 | New York, New York 10022<br>Telephone: (212) 371-6600 |
| 10 | Fax: (212) 699-1194 |
| 11 | Email: plinden@kmllp.com<br>Email: ipress@kmllp.com |
| 12 | Email: mfortunato@kmllp.com |
| 13 | LESLIE BLACKNER<br>RICHARD L. STONE |
| 14 | **BLACKNER STONE & ASSOCIATES, PA**<br>123 Australian Avenue |
| 15 | Palm Beach, Florida 33480<br>Telephone: (561) 804-9569 |
| 16 | Fax: (561) 659-5754 |
| 17 | Email: lblackner@aol.com<br>Email: rstoneesq@aol.com |
| 18 | *Attorneys for Plaintiff and the Proposed Class* |
| 19 | |
| 20 | Date: April 14, 2016    **MORRISON & FOERSTER LLP** |
| 21 | |
| 22 | By: /s/ Mark R.S. Foster |
| 23 | MARK R.S. FOSTER<br>**MORRISON & FOERSTER LLP** |
| 24 | 425 Market Street<br>San Francisco, CA 94105 |
| 25 | Telephone: (415) 268-7000<br>Fax: (415) 268-7522 |
| 26 | Email:MFoster@mofo.com |
| 27 | Attorneys for Defendants<br>MARISSA MAYER, DAVID FILO, SUE JAMES,<br>THOMAS J. MCINERNEY, CHARLES R. |
| 28 | SCHWAB, H. LEE SCOTT, JR., JANE E. SHAW, |

KERR
& 
WAGSTAFFE
LLP

3:16-cv-00478-RS

2

STIPULATION AND [PROPOSED] ORDER
PERMITTING PLAINTIFF TO FILE FAC

1  MAYNARD WEBB, JR., KENNETH A. GOLDMAN, RONALD S. BELL, HENRIQUE DE CASTRO, AND MARK R. LEVCHIN
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ATTESTATION

I, James M. Wagstaffe, am the ECF User whose ID and password are being used to file this **STIPULATION AND [PROPOSED] ORDER PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT**.  I attest that concurrence in the filing of this document has been obtained from the other signatories listed above.

Date: April 14, 2016                              **KERR & WAGSTAFFE LLP**


By:  /s/ James M. Wagstaffe
     JAMES M. WAGSTAFFE

     Attorney for Defendant
     COUNTY OF SAN MATEO

1 **[PROPOSED] ORDER**

2   The Court having considered the stipulation of the parties, and good cause appearing, IT
3 IS HEREBY ORDERED that:
4   (1) Plaintiff shall have until April 29, 2016, to file its First Amended Complaint in this
5       action; and
6   (2) following said filing, the parties shall meet and confer regarding the timing of
7       Defendants' response.
8   (3) The June 16, 2016 hearing is vacated.

10 DATED: 4/14/16

   _____
11 HON. RICHARD SEEBORG
   UNITED STATES DISTRICT JUDGE