1  JORDAN ETH (CA SBN 121617)
   JEth@mofo.com
2  MARK R.S. FOSTER (CA SBN 223682)
   MFoster@mofo.com
3  ADAM M. REGOLI (CA SBN 262903)
   ARegoli@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Nominal Defendant Yahoo! Inc., and Defendants
   Yahoo! Inc., Marissa Mayer, David Filo, Sue James, Thomas J. McInerney,
8  Charles R. Schwab, H. Lee Scott, Jr., Jane E. Shaw,
   Maynard Webb, Jr., Kenneth A. Goldman, Ronald S. Bell,
9  Henrique De Castro, and Max R. Levchin

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UFCW LOCAL 1500 PENSION FUND, on behalf of itself and all others similarly situated,<br><br>    Plaintiff<br><br>v.<br><br>YAHOO!, INC., MARISSA MAYER, DAVID FILO, SUE JAMES, THOMAS J. MCINERNEY, CHARLES R. SCHWAB, H. LEE SCOTT, JR., JANE E. SHAW, MAYNARD WEBB, JR., KENNETH A. GOLDMAN, RONALD S. BELL, HENRIQUE DE CASTRO, and MAX R. LEVCHIN,<br><br>    Defendants<br><br>and<br><br>YAHOO! INC.,<br><br>    Nominal Defendant | Case No. 3:16-cv-00478-RS<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE ON MOTION TO DISMISS SECOND AMENDED COMPLAINT AND INITIAL CASE MANAGEMENT CONFERENCE** |

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING CMC
CASE NO. 3:16-cv-00478-RS

1 The parties, by and through their undersigned counsel, submit the following stipulation and proposed order.

WHEREAS, on October 19, 2016, the Court entered an Order granting Defendants' Motion to Dismiss Plaintiff's Amended Complaint and providing Plaintiff leave to file a Second Amended Complaint within 30 days of the issuance of the Order.

WHEREAS, on November 18, 2016, Plaintiff filed a Second Amended Complaint (the "SAC").

WHEREAS, the parties have met and conferred and agreed upon a date by which Defendants shall move to dismiss the SAC, and a briefing schedule for any such motions;

WHEREAS, the initial case management conference has been previously been reset on several occasions to trail the briefing, hearing, and ruling on defendants' motion to dismiss Plaintiff's complaints (*e.g.*, Dkt. #18; Dkt. #27, Dkt. #33, Dkt. #57, Dkt. #70) and the parties believe that it would be logical and efficient to set the initial case management conference to follow the hearing on Defendants' motion to dismiss the SAC.

NOW, THEREFORE, the parties hereby agree and stipulate, subject to Court approval, to the following deadlines and briefing schedule:

1. Defendants shall file their motion(s) to dismiss the SAC on or before December 14, 2016;

2. Plaintiff's opposition(s) shall be filed on or before January 16, 2017;

3. Defendants' reply papers in further support of their motion(s) to dismiss shall be filed on or before February 2, 2017;

4. The hearing on any such motions to dismiss shall be set for February 16, 2017, at 1:30 p.m., or a date thereafter that is convenient for the Court.

5. The case management conference presently scheduled for January 19, 2017, shall be continued to March 9, 2017, at 10:00 a.m.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | Date: November 23, 2016 | **MORRISON & FOERSTER LLP** |
| 2 | | |
| 3 | | By: /s/ Mark R.S. Foster |
| | | JORDAN ETH |
| 4 | | MARK R.S. FOSTER |
| | | ADAM M. REGOLI |
| 5 | | **MORRISON & FOERSTER LLP** |
| | | 425 Market Street |
| 6 | | San Francisco, CA 94105 |
| | | Telephone: (415) 268-7000 |
| 7 | | Fax: (415) 268-7522 |
| | | Email:JEth@mofo.com |
| 8 | | Email:MFoster@mofo.com |
| | | Email: ARegoli@mofo.com |
| 9 | | |
| | | Attorneys for Nominal Defendant YAHOO! INC. |
| 10 | | and Defendants YAHOO! INC., MARISSA |
| | | MAYER, DAVID FILO, SUE JAMES, THOMAS |
| 11 | | J. MCINERNEY, CHARLES R. SCHWAB, H. |
| | | LEE SCOTT, JR., JANE E. SHAW, MAYNARD |
| 12 | | WEBB, JR., KENNETH A. GOLDMAN, |
| | | RONALD S. BELL, HENRIQUE DE CASTRO, |
| 13 | | AND MARK R. LEVCHIN |
| 14 | Date: November 23, 2016 | **KIRBY MCINERNEY LLP** |
| 15 | | |
| | | By: /s/Peter S. Linden |
| 16 | | |
| | | PETER S. LINDEN (admitted *pro hac vice*) |
| 17 | | IRA M. PRESS |
| | | MELISSA A. FORTUNATO |
| 18 | | **KIRBY MCINERNEY LLP** |
| | | 825 Third Avenue, 16th Floor |
| 19 | | New York, New York 10022 |
| | | Telephone: (212) 371-6600 |
| 20 | | Fax: (212) 699-1194 |
| | | Email: plinden@kmllp.com |
| 21 | | Email: ipress@kmllp.com |
| | | Email: mfortunato@kmllp.com |
| 22 | | |
| 23 | | |
| | | ROBERT J. GRALEWSKI, JR. |
| 24 | | **KIRBY MCINERNEY LLP** |
| | | 600 B. Street, Suite 1900 |
| 25 | | San Diego, California 92101 |
| | | Telephone: (619) 398-4340 |
| 26 | | Fax: (212) 751-2540 |
| | | Email: bgralewski@kmllp.com |
| 27 | | |
| 28 | | |

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING CMC
CASE NO. 3:16-CV-00478-RS

2

|   |   |
|---|---|
| 1 | |
| 2 | LESLIE BLACKNER |
| | RICHARD L. STONE |
| 3 | **BLACKNER STONE & ASSOCIATES, PA** |
| | 123 Australian Avenue |
| 4 | Palm Beach, Florida 33480 |
| | Telephone: (561) 804-9569 |
| 5 | Fax: (561) 659-5754 |
| | Email: lblackner@aol.com |
| 6 | Email: rstoneesq@aol.com |

JAMES M. WAGSTAFFE
ADRIAN J. SAWYER
**KERR & WAGSTAFFE LLP**
101 Mission Street, 18th Floor
San Francisco, CA 94105–1727
Telephone: (415) 371-8500
Fax: (415) 371-0500
Email: wagstaffe@kerrwagstaffe.com
Email:  sawyer@kerrwagstaffe.com


Attorneys for Plaintiff

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND CONTINUING CMC
CASE NO. 3:16-CV-00478-RS

3

# [~~PROPOSED~~] ORDER

The Court having considered the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants shall file their motion(s) to dismiss the SAC on or before December 14, 2016;

2. Plaintiff's opposition(s) shall be filed on or before January 16, 2017;

3. Defendants' reply papers in further support of their motion(s) to dismiss shall be filed on or before February 2, 2017;

4. The hearing on any such motions to dismiss shall be set for February 16, 2017, at 1:30 p.m., or a date thereafter that is convenient for the Court.

5. The case management conference presently scheduled for January 19, 2017, shall be continued to March 9, 2017, at 10:00 a.m.

DATED: 11/28/16

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE