| | |
|---|---|
| 1 | JORDAN ETH (CA SBN 121617) |
| | JEth@mofo.com |
| 2 | MARK R.S. FOSTER (CA SBN 223682) |
| | MFoster@mofo.com |
| 3 | ADAM M. REGOLI (CA SBN 262903) |
| | ARegoli@mofo.com |
| 4 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 5 | San Francisco, California  94105-2482 |
| | Telephone: 415.268.7000 |
| 6 | Facsimile:  415.268.7522 |

Attorneys for Defendants Yahoo! Inc., Marissa Mayer, David Filo, Sue James, Thomas J. McInerney, Charles R. Schwab, H Lee Scott, Jr., Jane E. Shaw, Maynard Webb, Jr., Kenneth A. Goldman, Henrique de Castro, and Max R. Levchin

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UFCW LOCAL 1500 PENSION FUND, on behalf of itself and all others similarly situated, | Case No. 3:16-cv-00478-RS |
| Plaintiff, | [~~PROPOSED~~] JUDGMENT |
| v. | |
| YAHOO!, INC., MARISSA MAYER, DAVID FILO, SUE JAMES, THOMAS J. MCINERNEY, CHARLES R. SCHWAB, H. LEE SCOTT, JR., JANE E. SHAW, MAYNARD WEBB, JR., KENNETH A. GOLDMAN, RONALD S. BELL, HENRIQUE DE CASTRO, and MAX R. LEVCHIN, | |
| Defendants, | |
| and | |
| YAHOO! INC., | |
| Nominal Defendant. | |

[PROPOSED] JUDGMENT
CASE NO. 3:16-CV-00478-RS
dn-189373

1  **[PROPOSED] JUDGMENT**

2  Pursuant to the order issued February 10, 2017 granting Defendants' motion to dismiss,
3  with prejudice, judgment is hereby entered in favor of all Defendants and against Plaintiff in this
4  action.

5
6
7
8  DATED: 3/8/17                    _____
9                                   HON. RICHARD SEEBORG
                                    UNITED STATES DISTRICT JUDGE